# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 957 MAL 2015
:
       Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
:
RONALD CURTIS SEATON, :
:
       Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.